8

United States District Court
Southern District of Texas
FILED

AUG 13 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. M-19-1489 |
| | § | |
| DANIEL SANTANA HERNANDEZ | § | |
| NARCISO JOEL PAVON | § | |

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about November 08, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DANIEL SANTANA HERNANDEZ**
**and**
**NARCISO JOEL PAVON**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substances involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about November 08, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DANIEL SANTANA HERNANDEZ**
**and**
**NARCISO JOEL PAVON**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 3 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Three

On or about November 08, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DANIEL SANTANA HERNANDEZ**
**and**
**NARCISO JOEL PAVON**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substances involved was 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

**Count Four**

On or about November 08, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DANIEL SANTANA HERNANDEZ
and
NARCISO JOEL PAVON**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 1 kilogram of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY